IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01891-RMR-STV

SHIRON MILLS, and
MARVELET RANDOLPH, as next friend and POA for SHIRON MILLS,

    Plaintiffs,

v.

FCA US LLC *f/k/a* CHRYSLER GROUP L.L.C.,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER came before the Court on the Parties' *Stipulated Motion to Dismiss Case with Prejudice*. The Parties have stipulated to the dismissal of all causes of action, claims, and demands in this matter *with prejudice*, with each party to pay their/its own costs and attorneys' fees, and the Court finds good cause having been shown:

IT IS HEREBY ORDERED that all causes of action, claims, and demands in this matter should be, and hereby are, dismissed *with prejudice*, each party to pay their/its own costs and attorneys' fees.

DATED: March _____, 2023.

                                                                  _____
                                                                  REGINA M. RODRIGUEZ
                                                                  United States District Judge