UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 18-cv-01891-RMR-STV

SHIRON MILLS, and
MARVELET RANDOLPH, as next friend and POA for SHIRON MILLS,

    Plaintiffs,
v.

FCA US LLC *f/k/a* CHRYSLER GROUP, L.L.C.,

    Defendant.

## ORDER FOR DISMISSAL

THIS MATTER came before the Court on the Parties' *Stipulated Motion to Dismiss Case with Prejudice*. The Parties have stipulated to the dismissal of all causes of action, claims, and demands in this matter *with prejudice,* with each party to pay their/its own costs and attorneys' fees, and the Court finds good cause having been shown:

IT IS HEREBY ORDERED that all causes of action, claims, and demands in this matter should be, and hereby are, dismissed *with prejudice*, each party to pay their/its own costs and attorneys' fees.

DATED this 16th day of March, 2023.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge